Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

DANNY D. SIMPKINS,

Debtor.

Case No.: BK-S-09-20846-BAM

Chapter 13

**MOTION TO AVOID LIEN**

Hearing Date: September 17, 2009
Hearing Time: 3:30 p.m.

COMES NOW Debtor(s) DANNY D. SIMPKINS, by and through counsel, Randal R. Leonard, Esq., and hereby moves that this Court enter an Order avoiding the lien in second position against that property commonly known as 1549 Silver Falls Avenue, Las Vegas, NV 89123 in favor of Specialized Loan Services. L.L.C. (SLS). This Motion is based upon the pleadings and papers in file herein and the Memorandum of Points and Authorities attached hereto.

Dated this 13th day of August 2009.

*Randal R. Leonard, Esq.*
Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF THE FACTS

Debtor filed the instant matter on or about June 23, 2009.  Rick A. Yarnall, Esq. was duly appointed as the Trustee in this matter.

On or about January 21, 2005 Debtor purchased that certain real property commonly known as 549 Silver Falls Avenue, Las Vegas, NV 89123 for a total purchase price of $408,000.00.  A true and correct copy of the deed transferring said property to Debtor is attached as Exhibit A.  In order to purchase the above property, Debtor signed a Note secured by a Deed of Trust in first position in favor of The Bank of New York Mellon, fka The Bank of New York (BNY).  The total amount owing the 1st is $326,400.00.  Please see BNY's Proof of Claims attached hereto as Exhibit B.  Debtor also signed a Note secured by a Deed of Trust in second position in favor of Specialized Loan Services (SLS) as well.  The total amount owing the 2nd is $59,693.07.  As SLS has not filed a Proof of Claim, please see SLS's Mortgage Statement attached hereto as Exhibit C.

Debtor recently employed Vegas Valley Appraisers to appraise the subject property.  The appraisal is attached as Exhibit D and was determined to be $210,000.00.  Therefore, because the Note in first position is owed approximately $326,400.00 as according to the Proof of Claim attached as Exhibit B, the Note in second position held by SLS is wholly unsecured.

\\

\\

\\

\\

## II.

## SLS DOES NOT HAVE A SECURED CLAIM REGARDING THEIR LOAN IN SECOND POSITION

11 U.S.C. § 506(a) bifurcates a creditor's allowed secured claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest attached; and (2) unsecured to the extent the claim exceeds the value of the underlying property. Therefore, not all secured interests will be "secured claims" in bankruptcy cases. In re Zimmer, 313 F.3d 1220 (9th Cir. 2002). Additionally, the Zimmer case holds that if the value of the first lien secured by real property is more than the value of the property itself, then the second lien is wholly unsecured and may be stripped off. Id.

In this matter, BNY holds the lien in first position against the Debtor's property commonly known as 1549 Silver Falls Avenue, Las Vegas, NV 89123. The principal balance owing to BNY is $326,400.00. SLS also holds a lien in second position against the above property and the principal balance owing on the second lien is $59,693.07. Since the appraisal of the subject property is $210,000.00 and is less than the amount owed to the first lien in this case held in favor of BNY, then the second lien in favor of SLS is wholly unsecured and can be "stripped off."

## III.

## SLS'S LIEN IN SECOND POSITION IS VOID

11 U.S.C. § 506(d) states in relevant part as follows:

> (d) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, unless-
> > (1) such claim was disallowed only under section 502(b)(5) or 502(e) of this title; or
> > (2) such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.

As a result of the fact that SLS's lien in second position is not an allowed secured claim under section 506(a), section 506(d) would therefore render the lien void.

## IV.

## SLS'S CONTRACT RIGHTS MAY BE MODIFIED
## THROUGH DEBTOR'S CHAPTER 13 PLAN

11 U.S.C. § 1322(b)(2) allows a debtor to modify the rights of secured claim holders except those secured claim holders who have claims secured by the debtor's principal residence. Nevertheless, the Zimmer case cited above allows a debtor to modify the rights of those claims that are wholly unsecured even where the lien question is against the debtor's principal residence.

In conclusion, Debtor respectfully requests that the Court allow the Debtor to treat SLS's lien in second position as a wholly unsecured claim. Further, Debtor respectfully requests that the Court enter an Order that SLS's lien in second position have no further force or effect against that certain real property commonly known as 1549 Silver Falls Avenue, Las Vegas, NV 89123.

Dated this 13th day of August 2009.

*Randal R. Leonard, Esq.*
Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

# EXHIBIT A

20050121-0002563

Fee: $17.00    RPTT: $2,080.80
N/C Fee: $0.00

01/21/2005                13:42:12
T20050014055

Requestor:
    CHICAGO TITLE

Frances Deane                EMS
Clark County Recorder    Pgs: 4

APN: 177-23-410-032
Affix R.P.T.T. $2,080.00

WHEN RECORDED MAIL TO and MAIL TAX
STATEMENT TO:
DANNY D. SIMPKINS
287 S. Robertson #204
Beverly Hills, CA 90211

ESCROW NO: 04122845-067-MLB

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That
    Deanna Otton, a married woman as her sole and separate property

in consideration of $10.00 and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to

    Danny D. Simpkins, A Single Man

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

## SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Subject to:   1.  Taxes for the current fiscal year, paid current.

2.  Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

Witness my/our hand(s) on December 20, 2004

SELLERS:

_Deanna Otton_
Deanna Otton

ESCROW NO: 04122845-067-MLB

STATE OF NEVADA        )
                             ) ss.

COUNTY OF Clark        )

Escrow No. 04122845-067-MLB

On this _____ 1/14/05 _____

appeared before me, a Notary Public,

_____ Deanna Otton _____

personally known or proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.

_Michele Barber_
Notary Public
My commission expires:

NOTARY PUBLIC
County of Clark-State of Nevada
MICHELE BARBER
No. 97-4509-1
My Appointment Expires June 28, 2008

Page 2 of 3

ESCROW NO: 04122845-067-MLB

# EXHIBIT A

Lot One Hundred Seventy-six (176) in Block Four (4) of SILVERADO TRAILS - UNIT 1, as shown by map thereof on file in Book 72 of Plats, Page 71 in the Office of the County Recorder of Clark County, Nevada



Page 3 of 3

**State of Nevada**
**Declaration of Value**

1. Assessor's Parcel Number(s)

    a)177-23-410-032

    b)

    c)

    d)

2. Type of Property:

    a) ☐ Vacant Land        b) ☒ Single Fam. Resi
    c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
    e) ☐ Apt. Bldg.          f) ☐ Comm'l/Ind'l
    g) ☐ Agricultural        h) ☐ Mobile Home
    i) ☐ Other _____

| FOR RECORDER'S OPTIONAL USE ONLY |
|---|
| Documentation/Instrument #:_____ |
| Book:_____ Page:_____ |
| Date of Recording:_____ |
| Notes: |

3. Total Value/Sales Price of Property:        $408,000.00

    Deed in Lieu of Foreclosure Only (value of property):    (____)

    Transfer Tax Value:        $408,000.00

    Real Property Transfer Tax Due:        $2,080.80

4. **If Exemption Claimed:**

    a. Transfer Tax Exemption, per NRS 375.090, Section: _____

    b. Explain Reason for Exemption: ____

5. Partial Interest: Percentage being transferred: ____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Deanna Otton_        Capacity _Seller_

Signature _Danny Simpkins_        Capacity _Buyer_

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**

Print Name: _Deanna Otton_
Address: _1549 Silver Falls Ave._
City: _Las Vegas_
State: _Nevada_    Zip: _89123_

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**

Print Name: _Danny Simpkins_
Address: _287 S. Robertson #204_
City: _Beverly Hills_
State: _CA_    Zip: _90211_

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: Chicago Title        Escrow #:04122845-067
Address: 3980 Howard Hughes Parkway
City/State/Zip: Las Vegas, NV 89109

AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004.

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM 13 |
|---|---|

| Name of Debtor: Danny D. Simpkins, Jr. | Case Number: 09-20846-bam | *This space for court use* |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)

**The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3**

Name & address where notices and payments should be sent:
America's Servicing Company as servicer for
One Home Campus, MAC ID#X2302-01C
Des Moines, IA 50328

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

| Account or other number by which creditor identifies debtor:  1218059141 / 09-74450 | Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated |
|---|---|

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
X  Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (FILL OUT BELOW)
Your Social Security # _____ – _____ – _____
Unpaid compensation for services performed from

(date) _____  To _____ (date)

**2. Date debt was incurred:**   January 7, 2005

**3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:**  $326,400.00
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
X  Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of collateral:
X Real Estate    ☐ Motor Vehicle
☐ Other

Amount of arrearages and other charges at time case filed included in secured claim, if any:

$18,090.39*

* Arrearages, as set forth in Schedule "A" attached.
Plus accruing interest, late charges.

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
*Specify the priority of the claim:*
☐ Wages, salaries, or commissions up to $4,650* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,300* of deposits toward purchase, lease or rental of property Or services for personal, family or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).
☐ OTHER - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

*This space for court use*

Date:  July 1, 2009

WILDE & ASSOCIATES, counsel for creditor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT C

MONTHLY MORTGAGE STATEMENT

## SLS
Specialized Loan Servicing, LLC

Suite 300
Highlands R.   , CO 80129
1-800-315-4SLS (4757)

| | |
|---|---|
| Statement Date: | 03/18/09 |
| Account Number: | 1000531334 |

### Payment Summary

| | |
|---|---|
| Payment Due Date: | 04/01/09 |
| Current Payment: | $531.43 |
| Past Due Payments: | $2,125.72 |
| Escrow Payment: | $0.00 |
| Amort Fee Payment: | $0.00 |
| Optional Ins. Payment: | $0.00 |
| Outstanding Late Charges/Fees: | $318.55 |
| Suspense Balance: | $0.00 |
| **Total Amount Due:** | **$2,975.70** |

* 0230852 000008926 09SL02 0936845
DANNY D SIMPKINS
GLAM 9310 SOUTH EASTERN AVE #105
LAS VEGAS NV 89123-6844

### Account Summary

| | |
|---|---|
| Principal Balance*: | $59,693.07 |
| Escrow Balance: | $0.00 |
| Interest Rate: | 9.875% |
| Interest Paid to Date: | $0.00 |
| Taxes Paid to Date: | $0.00 |

*This principal balance does not reflect the total
amount required to pay your loan in full.

Property Address:
1549 SILVER FALLS AVE
LAS VEGAS NV 89123

## IMPORTANT NOTES

- Specialized Loan Servicing is committed to courteous and responsive service, accurate and timely handling of your payments and simple, direct answers to your questions.

- Specialized Loan Servicing is pleased to offer a quick and easy way to make your mortgage payment. You may now sign up for our Automatic Payment Drafting by calling our Customer Care Center. Simply contact a customer care associate by calling 1-800-315-4SLS (4757) during our regular business hours, Monday through Friday, 7:00 am to 6:00 pm MST.

- For up to the minute information about your account, use our 24-hour automated information system. You can also access account information or make your monthly payment by going to our website at: www.sls.net For questions regarding this statement, to make a payment or general account information please call our Customer Care Center at 1-800-315-4SLS (4757) associates are available to assist you Monday through Friday, 7:00 am - 6:00 pm MST. TDD 1-800-268-9419, Monday through Friday, 8:00 am to 5:00 pm MST.

### Thank you for your business!



## TRANSACTION SUMMARY

| Date | Description | Total | Interest | Principal | Escrow/ Impound | Late Charge | Fees/ Advances |
|---|---|---|---|---|---|---|---|
| 03/02/09 | Fees Billed prop inspection fee | 10.35 | 0.00 | 0.00 | 0.00 | 0.00 | 10.35 |
| 03/11/09 | Fees Billed corp adv 1 borrrecadv | 115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115.00 |

"O002S2"

SC0192-000

# EXHIBIT D

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | File No. | 907-04 |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123-3830 |
| Client | Danny Simpkins | | | | | |



07/09/2009

1549 Silver Falls Ave
Silverado Trails-Unit #1, Plat book 72 Page 71 Lot 176 Block 4
Las Vegas , NV 89123-3830

Tanya Jackson
1549 Silver Falls Avenue
North Las Vegas , NV 59061

GP Residential .......................................................................................................... 1
GP Residential Certifications Addendum ................................................................... 4
Market Conditions Addendum to the Appraisal Report .............................................. 6
market area trend ..................................................................................................... 7
Subject Photos .......................................................................................................... 8
Photograph Addendum .............................................................................................. 9
Comparable Photos 1-3 ............................................................................................ 10
Location Map ........................................................................................................... 11
Plat Map .................................................................................................................. 12
Invoice ..................................................................................................................... 13

Shawn Kinney

File No: 907-04   Page #1

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 907-04

**SUBJECT**

Property Address: 1549 Silver Falls Ave   City: Las Vegas   State: NV   Zip Code: 89123-3830
County: Clark   Legal Description: Silverado Trails-Unit #1 Plat book 72 Page 71 Lot 176 Block 4
Assessor's Parcel #: 177-23-410-032
Tax Year: 2009   R.E. Taxes: $ 2,215.44   Special Assessments: $ 0   Borrower (if applicable): n/a
Current Owner of Record: Simpkins   Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) H.O.A.   HOA: $ 180.00 ☒ per year ☐ per month
Market Area Name: Silverado Trails   Map Reference: 55-C2   Census Tract: 0028.14
The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value: ☒ Current (see comments) ☐ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: Market Value for the use in Bankruptcy Court.

**ASSIGNMENT**

Intended User(s) by name or type: Danny Simpkins , Randal R. Lenard Attorney At Law.
Client: Danny Simpkins   Address: 1549 Silver Falls Avenue , Las Vegas , NV 89123
Appraiser: Shawn Kinney   Address: 5604 Distant Drum , North Las Vegas , NV 89081

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE | AGE | One-Unit | 70 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | $(000) | | 2-4 Unit | 5 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 125 Low 4 | | Multi-Unit | 5 % | * To: |
| Demand/supply: | ☐ Shortage | ☐ In Balance | ☒ Over Supply | ☒ Vacant (0-5%) | 290 High 13 | | Commercial | 5 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 200 Pred 9 | | Other 15 % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Market Area boundaries are the Pebble
Road on the North, St. Rose Pkwy. on the South, Eastern Avenue on the East, and Bermuda Road on the West.
The subjects market area declined aprox. 35.6% from 07/2008-06/2009 based on a value trend of comparable properties. New construction
activity has slowed as REO properties increased in the market. Unemployment rate for Las Vegas May of .09 is 11.1%. job growth is down
6.3%. U.S average unemployment rate as of. May of .09 was 9.4%. job growth was down 4.1% .

See Market Conditions Addendum for detailed description.

**SITE DESCRIPTION**

Dimensions: none given see plat map   Site Area: 0.17 acres +/-
Zoning Classification: R-1   Description: Single-Family Residential (5 Units per Acre)
(R-1)   Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: single family residential   Use as appraised in this report: single family residential
Summary of Highest & Best Use: N/A. The subject is being Appraised AS-IS in it's current use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | typical for area | Street | asphalt gated | ☐ | ☒ | Size | .17 +/- Acre. |
| Gas | ☒ | ☐ | typical for area | Curb/Gutter | concrete | ☐ | ☒ | Shape | comerirlrectangular |
| Water | ☒ | ☐ | typical for area | Sidewalk | concrete | ☐ | ☒ | Drainage | appears adequate |
| Sanitary Sewer | ☒ | ☐ | typical for area | Street Lights | Mercury Vapor | ☐ | ☒ | View | neighborhood |
| Storm Sewer | ☒ | ☐ | typical for area | Alley | n/a | ☐ | ☒ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 32003C2569E   FEMA Map Date 9/27/2002
Site Comments: Typical site improvements for the area.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc. Unit | Foundation | concrete s.a.b. | Slab | concrete | Area Sq. Ft. | n/a | Type | good |
| # of Stories | 2 | Exterior Walls | frame stucco | Crawl Space | n/a | % Finished | n/a | Fuel | gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | concrete tile | Basement | n/a | Ceiling | | | |
| Design (Style) traditional 2story | | Gutters & Dwnspts. | metal | Sump Pump ☐ | n/a | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Const. | | Window Type | double pane | Dampness ☐ | n/a | Floor | | Central | X |
| Actual Age (Yrs.) 13 | | Storm/Screens | woven mesh | Settlement | none visible | Outside Entry | | Other | |
| Effective Age (Yrs.) 4 | | | | Infestation | none visible | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | tile-carpet/good | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 1 | Woodstove(s) # | Garage # of cars ( 2 Tot.) |
| Walls | drywall/good | Range/Oven | ☒ | Drop Stair | ☐ | Patio | open/flagstone | Attach. |
| Trim/Finish | wood paint/good | Disposal | ☒ | Scuttle | ☐ | Deck | cool decking | Detach. |
| Bath Floor | tile-vinyl/good | Dishwasher | ☒ | Doorway | ☐ | Porch | covered | Bit-In 2 Cars |
| Bath Wainscot | tile/good | Fan/Hood | ☒ | Floor | ☐ | Fence | concrete block | Carport |
| Doors | hollow core/good | Microwave | ☒ | Heated | ☐ | Pool | pool/spa | Driveway x 2-cars |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface concrete |

Finished area above grade contains: 7 Rooms 4 Bedrooms 2.5 Bath(s) 1,979 Square Feet of Gross Living Area Above Grade
Additional features: tile flooring, granite kitchen counters, water softener, tile face fireplace, security front door, buil-in bbq, mirrored closet doors,
and a finished garage with an automatic door opener.
Describe the condition of the property (including physical, functional and external obsolescence): The improvements are in good condition with no
physical, functional or external inadequacies noted. The subject's effective age is based on the current condition of the house and the
inspection date. The subject's roof appears to be in good condition, with no visible damage form the street. Utilities were on.

File No. 907-04 Page #2

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 907-04

TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):  MLS/Clark County Assessor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:  No prior sales or transfers of the subject |
| Date:  n/a | property within three years of the appraisal. |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date:  n/a | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address  1549 Silver Falls Ave | | 1496 Silver Knoll Avenue | | 580 Lustenview Court | | 1149 Caper Tree Court | |
| Las Vegas, NV 89123-3630 | | Las Vegas, NV 89123-3838 | | Las Vegas, NV 89123-3868 | | Las Vegas, NV 89123-5806 | |
| Proximity to Subject | | 0.08 miles NW | | 0.69 miles W | | 0.38 miles W | |
| Sale Price | $ | | $ 199,000 | | $ 191,000 | | $ 227,000 |
| Sale Price/GLA | $         /sq.ft. | $ 127.73 /sq.ft. | | $ 98.91 /sq.ft. | | $ 105.68 /sq.ft. | |
| Data Source(s) | | MLS#916593 CDom  99+/- | | MLS#923*04 CDom  72+/- | | MLS#913256 CDom  387+/- | |
| Verification Source(s) | | Doc#20090619 02759 | | Doc#20090605 03315 | | Doc#20090710 04167 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. |
| Sales or Financing | | fha | | conv | | fha | |
| Concessions | N/A | $5,000 typical | | $5,730 typica. | | $5,208 typical | |
| Date of Sale/Time | | 06/19/2009 | | 06/05/2009 | | 07/10/2009 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | 0.17 acres +/- | 0.15 acres +/- | 0 | 0.12 acres +/- | 0 | 0.20 acres +/- | 0 |
| View | neighborhood | neighborhood | | neighborhood | | neighborhood | |
| Design (Style) | traditiona 2story | traditiona 2story | | traditional 2story | | traditional 2story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 13 | 11 | | 11 | | 11 | |
| Condition | good | good | | good | | good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 7  4  2.5 | 6  3  2.5 | 0 | 7  3  2.5 | 0 | 7  4  2.5 | |
| Gross Living Area | 1,979 sq.ft. | 1,558 sq.ft. | +10,525 | 1,931 sq.ft. | 0 | 2,148 sq.ft. | |
| Basement & Finished | n/a | n/a | | n/a | | n/a | |
| Rooms Below Grade | n/a | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | fwa/central | fwa/central | | fwa/central | | fwa/central | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | 2-garage | 2-garage | | 3-garage | -5,000 | 3-garage | -5,000 |
| Porch/Patio/Deck | cvporch/cvpatio | cvporch/patio | | cvporch/cvpatio/bal | | cvporch/cvpatio | |
| Amenities | upgraded/pool/spa | similar/pool/spa | | similar/pool | 0 | similar/pool/spa | |
| market condition/cont date | declining | 06/01/2009 | 0 | 04/29/2009 | 0 | 06/15/2009 | 0 |
| bank condition/short sale | owner occupied | bank sale | | bank sale | | bank sale | |
| Net Adjustment (Total) | | ☒ +  ☐ -  $ | 10,525 | ☐ +  ☒ -  $ | -5,000 | ☐ +  ☒ -  $ | -5,000 |
| Adjusted Sale Price | | Net  5.3 % | | Net  2.6 % | | Net  2.2 % | |
| of Comparables | | Gross  5.3 % $ | 209,525 | Gross  2.6 % $ | 186,000 | Gross  2.2 % $ | 222,000 |

Summary of Sales Comparison Approach:    The comparables are considered to be in the subject's market area. As by definition, market area
it is not limited to a one mile but is the area in which alternative, similar properties effectively compete with the subject property in the minds of
probable, potential purchasers and users. The comparables selected were most recent sales within the subject's market area and are of similar
quality of construction, design, utility and market appeal of the subject.
No personal property was attributed to the final estimated market value of the subject property.

Declining market adjustment based on contract dates of the comparables.

All comparables were given consideration in the final reconciliation of the Sales Comparison Approach.

Adjustments are extracted from the market and are rounded.  * When no adjustment is made for differences between the subject and the
comparables, it is represented by a 0. That indicates that no clearly specific dollar amount was demonstrated in the current market.
Adjustments that could not be quantified with a dollar amount are not ignored but given consideration in the final reconciliation of the estimated
market value for the subject property.
The greatest influence on sale prices in the current market is the condition of the property and the allowable marketing time by the owner. Some
adjustments could not be extracted from the market, there was no apparent willingness of the typical buyer to pay more for some minor
differences in the current market. (slight difference in g/a or site size, bedroom count, or lack of spa)

Indicated Value by Sales Comparison Approach $ 210,000

GP RESIDENTIAL    Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3-2007

File No. 907-04  Page #3

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 907-04

**COST APPROACH TO VALUE (if developed)**   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):   N/A

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | = $ |
| Quality rating from cost service:        Effective date of cost data: | | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | = $ |
| | | Sq.Ft. @ $ | = $ |
| | | Sq.Ft. @ $ | = $ |
| | | | = $ |
| | Garage/Carport | Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | | = $ |
| | Less        Physical        Functional        External | | |
| | Depreciation | | = $( ) |
| | Depreciated Cost of Improvements | | = $ |
| | "As-is" Value of Site Improvements | | = $ |
| | | | = $ |
| | | | = $ |
| Estimated Remaining Economic Life (if required):        Years | INDICATED VALUE BY COST APPROACH | | = $ |

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $                    X Gross Rent Multiplier                    = $                    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)**   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 210,000     Cost Approach (if developed) $ n/a     Income Approach (if developed) $ n/a

Final Reconciliation  The Sales Comparison approach is the most accurate form of appraisal technique in developing market value for SFR properties thus was the only one developed. The cost approach has been deemed not applicable thus was not developed. Income approach is deemed not applicable thus was not developed. This in a non FRT(Federally rated transaction) transaction.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $        210,000        , as of:        07/09/2009        , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   13   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ 1 Photograph Addenda | ☒ Certification pages |
|---|---|---|---|---|
| ☒ Map Addenda | ☐ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☒ Table of contents |
| ☒ Hypothetical Conditions | ☒ Extraordinary Assumptions | ☒ 1 Trend Chart | ☐ Sketch | ☒ market condition form |

Client Contact:   Danny Simpkins        Client Name:   Danny Simpkins

E-Mail:  jordanjdaniels@aol.com        Address   1549 Silver Falls Avenue , Las Vegas , NV 89123

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | |
| Appraiser   Shawn Kinney | Supervisory or Co-Appraiser Name: |
| Company:   Vegas Valley Appraisers | Company: |
| Phone:  (702) 951-7573       Fax:  (702) 951-5579 | Phone:        Fax: |
| E-Mail:  shawnk@vegasvalleyappraisers.com | E-Mail: |
| Date of Report (Signature):   July 23, 2009 | Date of Report (Signature): |
| License or Certification #:   A.0007562-CR        State:  NV | License or Certification #:        State: |
| Designation:   n/a | Designation: |
| Expiration Date of License or Certification:   10/31/2009 | Expiration Date of License or Certification: |
| Inspection of Subject:   ☒ Interior & Exterior   ☐ Exterior Only   ☐ None | Inspection of Subject:   ☐ Interior & Exterior   ☐ Exterior Only   ☐ None |
| Date of Inspection:   07/09/2009 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited.

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        3/2007

File No. 907-04

## Assumptions, Limiting Conditions & Scope of Work

File No.: 907-04

| Property Address: 1549 Silver Falls Ave | City: Las Vegas | State: NV | Zip Code: 89123-3830 |
|---|---|---|---|
| Client: Danny Simpkins | Address: 1549 Silver Falls Avenue , Las Vegas , NV 89123 | | |
| Appraiser: Shawn Kinney | Address: 5604 Distant Drum , North Las Vegas , NV 89081 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work** is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

GP RESIDENTIAL   Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

## Certifications

File No.: 907-04

| Property Address: 1549 Silver Falls Ave | | City: Las Vegas | State: NV | Zip Code: 89123-3830 |
|---|---|---|---|---|
| Client: Danny Simpkins | Address: 1549 Silver Falls Avenue , Las Vegas , NV 89123 | | | |
| Appraiser: Shawn Kinney | Address: 5604 Distant Drum , North Las Vegas , NV 89081 | | | |

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

-- The statements of fact contained in this report are true and correct.

-- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

-- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

-- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

-- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

-- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

-- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

-- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

-- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

-- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Danny Simpkins | | Client Name: Danny Simpkins | |
|---|---|---|---|
| E-Mail: jordan.daniels@aol.com | Address: 1549 Silver Falls Avenue , Las Vegas , NV 89123 | | |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required)** **or CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: Shawn Kinney | Supervisory or Co-Appraiser Name: |
| Company: Vegas Valley Appraisers | Company: |
| Phone: (702) 951-7573   Fax: (702) 951-5579 | Phone:   Fax: |
| E-Mail: shawn@vegasvalleyappraisers.com | E-Mail: |
| Date Report Signed: July 23, 2009 | Date Report Signed: |
| License or Certification #: A.0007562-CR   State: NV | License or Certification #:   State: |
| Designation: n/a | Designation: |
| Expiration Date of License or Certification: 10/31/2009 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None | Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None |
| Date of Inspection: 07/09/2009 | Date of Inspection: |

SIGNATURES

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRESIAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   5/2007

GPRESIDENTIAL

File No. 907-04 Page #6

## Market Conditions Addendum to the Appraisal Report

File No. 907-04

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1549 Silver Falls Ave | City Las Vegas | State NV | ZIP Code 89123-3830 |
|---|---|---|---|---|

| Borrower | n/a |
|---|---|

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 23 | 13 | 13 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 3.83 | 4.33 | 4.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 125 | 46 | 17 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 32.6 | 10.6 | 3.9 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 226,000 | 185,500 | 170,000 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 139 | 114 | 80 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 224,999 | 179,900 | 150,000 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Listings Days on Market | 139 | 114 | 80 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 103 | 113 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions in the current market were ranging from 0-7% with a mean of 2%. Concessions prior 7-12 months mean of 2%, 4-6 months mean of 2%, current-3 months mean of 2%.

Are foreclosure sales (REO sales) a factor in the market?   ☒ Yes   ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Out of 67 comparable sales, 84% were listed as bank owned/short sales and Out of 31 comparable listings, 87% were listed as bank owned/short sales. Currently 31 comparable homes listed for sale, 24 are in contract and 23 are listed as vacant in the subject's market area. A majority of the pending sales are currently bank owned/short sales. Out of the 24 pending comparable sales 22 were listed as bank owned/short sale properties. The median list price for the pending/contingent sales is $166,900 with a median of 77 DOM.

Cite data sources for above information.    MLS/Clark County Assessor

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subjects market area declined in the time period from 07/2008-05/2009 aprox. 27.7% based on contract dates of comparable properties. New construction activity has slowed as REO properties increased in the market. Neighborhood section is not on the form, it is the Market area section.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | Signature |
|---|---|
| Appraiser Name Shawn Kinney | Supervisory Appraiser Name |
| Company Name  Vegas Valley Appraisers | Company Name |
| Company Address  5604 Distant Drum , North Las Vegas , NV 89081 | Company Address |
| State License/Certification #  A.0007562-CR   State  NV | State License/Certification #   State |
| Email Address  shawn@vegasvalleyappraisers.com | Email Address |

Freddie Mac Form 71   March 2009                  Page 1 of 1                  Fannie Mae Form 1004MC   March 2009

Form 1004MC2 — WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 007-04] Page #7

## 12 Month Market Area Value Trend(Comparable Properties)

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89123-3830 |
| Client | Danny Simpkins | | | | | |



File No. 907-04 | Page #3

## Subject Photo Page

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89123-3530 |
| Client | Danny Simpkins | | | | |



**Subject Front**

1549 Silver Falls Ave

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,979 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | neighborhood |
| Site | 0.17 acres +/- |
| Quality | average |
| Age | 13 |



**Subject Rear**



**Subject Street**

File No. 907-04 Page #9

### Photograph Addendum

| Borrower | n/a | | | | |
|----------|-----|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89123-3830 |
| Clent | Danny Smoens | | | | |



pool/spa



pool equipment



bbq



family room



.5 bath



bedroom

File No. 907-09 | Page #13

## Comparable Photos #1-3

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | |
| Property Address | 1549 Silver Falls Ave | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 69123-3630 |
| Client | Danny Simpkins | | | | | |



### Comparable 1

1496 Silver Knoll Avenue
| | |
|---|---|
| Prox. to Subject | 0.06 miles NW |
| Sales Price | 199,000 |
| Gross Living Area | 1,558 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | neighborhood |
| Site | 0.15 acres +/- |
| Quality | average |
| Age | 11 |



### Comparable 2

860 Lustervew Court
| | |
|---|---|
| Prox. to Subject | 0.69 miles W |
| Sales Price | 191,000 |
| Gross Living Area | 1,931 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | neighborhood |
| Site | 0.12 acres +/- |
| Quality | average |
| Age | 11 |



### Comparable 3

1149 Caper Tree Court
| | |
|---|---|
| Prox. to Subject | 0.36 miles W |
| Sales Price | 227,000 |
| Gross Living Area | 2,148 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | neighborhood |
| Site | 0.20 acres +/- |
| Quality | average |
| Age | 11 |

File No. 567-04   Page #11

## Location Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | | | |
| City | Las Vegas | | County | Clark | State | NV | Zip Code | 89123-3850 |
| Client | Danny Simpkins | | | | | | |



File No. 907-041 Page #12

## Plat Map

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 1549 Silver Falls Ave | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89123-3830 |
| Lstx | Danny Smpkins | | | | |

File No. 907-04| Page #13

Sharon Kinney

# INVOICE

**FROM:**

Vegas Valley Appraisers
5604 Distant Drum Road
North Las Vegas, NV 89081

Telephone Number: 702-951-7573     Fax Number: 702-951-5579

| INVOICE NUMBER |
| --- |
| 907-04 |
| DATE |
| 07/09/2009 |

**TO:**

Danny Simpkins
Danny Simpkins
1549 Silver Falls Avenue
Las Vegas, NV 89123

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| REFERENCE | |
| --- | --- |
| Internal Order #: | 907-04 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 907-04 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender:                                    Client:  Danny Simpkins
Purchaser/Borrower: n/a
Property Address: 1549 Silver Falls Ave
        City: Las Vegas
        County: Clark                        State: NV            Zip: 89123-3830
Legal Description: Silverado Trails-Unit #1 Plat book 72 Page 71 Lot 176 Block 4

## FEES                                                                    AMOUNT

GP form                                                                    250.00

                                                    **SUBTOTAL**        250.00

## PAYMENTS                                                              AMOUNT

Check #: 1232     Date: 07/09/2009   Description:  paid in full              250.00
Check #:          Date:              Description:
Check #:          Date:              Description:

                                                    **SUBTOTAL**        250.00

                                                    **TOTAL DUE**   $       0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please Return This Portion With Your Payment

**FROM:**

Danny Simpkins
Danny Simpkins
1549 Silver Falls Avenue
Las Vegas, NV 89123

Telephone Number:          Fax Number:
Alternate Number:          E-Mail:

| AMOUNT DUE: | $ | 0 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| 907-04 |
| DATE |
| 07/09/2009 |

**TO:**

Vegas Valley Appraisers
5604 Distant Drum Road
North Las Vegas, NV 89081

| REFERENCE | |
| --- | --- |
| Internal Order #: | 907-04 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 907-04 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |